Date signed September 27, 2012



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| HOLLEY TRITTIPOE | * | Case No. 12-16078-PM |
| | * | Chapter 7 |
| Debtor | * | |
| ------------------------------------------------------------ | * | |
| LEONARD WALLACE | * | Adversary Proceeding |
| | * | No. 12-00531 |
| Plaintiff | * | |
| v. | * | |
| | * | |
| HOLLEY TRITTIPOE | * | |
| Defendant | * | |
| | * | |

**INSTRUCTION TO PLAINTIFF REGARDING
MOTION FOR DEFAULT BY JUDGMENT [SIC]**

Plaintiff having requested entry of judgment by default on the Complaint filed in this proceeding, and there being no evidence in the record as to the amounts of the debts alleged to be nondischargeable, Plaintiff is asked to submit a proposed order specifying the nature and amounts of the debts that would be declared nondischargeable.

cc:   Plaintiff's Counsel
      Debtor/Defendant
      Chapter 7 Trustee

END OF INSTRUCTION

Ver. `12.09